IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA                                                               PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:20cv142-GHD-DAS

STEPHANIE SANDERSON and
JOE SHARP                                                          DEFENDANTS

## ORDER GRANTING COMPLAINT FOR DECLARATORY JUDGMENT

**CAME ON FOR HEARING,** on August 19, 2021, Plaintiff Nationwide Affinity Insurance Company of America's Complaint for Declaratory Relief [1] filed herein in the above referenced matter, and the Court having heard arguments made by Counsel and considered said Complaint, finds that the subject Nationwide Affinity Insurance Company of America policy did not apply at the time of the subject accident, and therefore, did not provide coverage to Defendant Stephanie Sanderson or Defendant Joe Sharp. Therefore, Plaintiff's Complaint for Declaratory Relief is well taken and is hereby granted.

**IT IS THEREFORE HEREBY ORDERED AND ADJUDGED** that the Plaintiff Nationwide Affinity Insurance Company of America's Complaint for Declaratory Relief [1] is GRANTED, the subject policy did not provide coverage for the subject accident, and this case is CLOSED.

**SO ORDERED, ADJUDGED, AND DECREED,** this the 24th day August, 2021.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE